UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC HEALTH REFORM ALLIANCE,

            Plaintiff,

     v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES,

            Defendant.

Civil Action No. 1:25-cv-00260

## STATUS REPORT

Pursuant to the Court's March 31, 2025, Min. Order, Plaintiff Public Health Reform Alliance ("Plaintiff") hereby submits this Status Report. Plaintiff reports as follows:

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking the release of documents relating to two FOIA requests. *See generally* Compl. (ECF No. 1).

Because the government shutdown has just concluded, and pursuant to Standing Order 25-55, Plaintiff respectfully requests that the parties submit their next joint status report on or before February 16, 2026—the number of days equal to the length (in days) of the lapse of appropriations plus ten days.

Dated: November 13, 2025                    Respectfully submitted,

*/s/ Jesse R. Binnall*
Jesse R Binnall
BINNALL LAW GROUP
717 King Street Suite 200
Alexandria, VA 22314
(703) 888-1943
Jesse@binnall.com

*Attorneys for Plaintiff*